# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR15-322-RSL |
| Plaintiff-Respondent, | |
| v. | ORDER DENYING MOTION FOR JUDICIAL RECOMMENDATION |
| SEDRIC D. MCNEAIR, | |
| Defendant-Petitioner. | |

This matter comes before the Court on defendant-petitioner Sedric D. McNeair's motion for a judicial recommendation of placement in a residential re-entry center for twelve months preceding his release from confinement. Dkt. #30.

Mr. McNeair pled guilty to being a Felon in Possession of a Firearm on November 19, 2015. Dkt. #20. He was sentenced to 60 months imprisonment, followed by 3 years of supervised release. Dkt. #29. His anticipated release date is January 27, 2020. See Dkt. #31 at 1.

The Director of the Bureau of Prisons ("BOP") is required, "to the extent practicable, [to] ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community." 18 U.S.C. § 3624(c)(1). These conditions may include a community correctional facility. See id. Mr. McNeair's placement at a residential re-entry center is entirely within the discretion of the Bureau of Prisons. See id. The Court appreciates Mr. McNeair's desire to reintegrate

ORDER DENYING MOTION FOR
JUDICIAL RECOMMENDATION - 1

successfully into society, but declines to issue a statement. See 18 U.S.C. § 3621(b). If Mr. McNeair does not ultimately receive a 12-month placement at a residential re-entry center, he is free to pursue appropriate BOP administrative remedies. See 28 CFR § 542 et seq.

For the foregoing reasons, Mr. McNeair's motion is DENIED.

DATED this 7th day of November, 2018.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
JUDICIAL RECOMMENDATION - 2