The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEDRIC McNEAIR,<br><br>Defendant. | NO.  CR15-322 RSL<br>       CR22-025 RSL<br><br>ORDER TO SEAL DOCUMENT |

Having considered the Defendant's Motion to Seal and because of the personal and sensitive information contained in Exhibit 3,

IT IS HEREBY ORDERED Defendant's Motion to Seal is GRANTED.  Exhibit 3 shall remain sealed.

DATED this 4th day of August, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SEAL DOCUMENT
*United States v. Sedric McNeair,*
*CR15-322 RSL and CR22-025 RSL*     Page - 1

THE GEISNESS LAW FIRM
506 Second Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689